### 7584. GARRETT v. THE STATE.

WADE, C. J. In the light of the entire record, including the qualifying notes of the presiding judge, the several special grounds of the motion for a new trial are without any substantial merit, the evidence amply supported the verdict, and the trial judge did not abuse his discretion in overruling the motion for a new trial.     *Judgment affirmed.*

DECIDED JULY 31, 1916.

Indictment for sale of liquor; from Stewart superior court— Judge Littlejohn. May 19, 1916.

*G. Y. Harrell, T. T. James,* for plaintiff in error.

*J. R. Williams, solicitor-general,* contra.